```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MEJIA, *individually and on behalf of all others similarly situated*,

        Plaintiff,

v.

CHOCZERO, INC.,

        Defendant.

22-CV-2615 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On May 3, 2022, Plaintiff filed an affidavit of service stating that Defendant Choczero, Inc. was served on April 13, 2022. Defendant's answer was due on May 4, 2022. Defendant has not yet appeared, answered, or otherwise responded to the complaint. Defendant shall do so or seek an extension by July 1, 2022. If Defendant fails to do so, and Plaintiff intends to move for default judgment, he shall do so by July 15, 2022.

    Plaintiff shall serve a copy of this Order on Defendant by June 24, 2022 and promptly file proof of such service on the docket.

SO ORDERED.

Dated:    June 17, 2022
             New York, New York

                                                    Ronnie Abrams
                                                    United States District Judge